UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61848-CIV-ALTONAGA/Seltzer

**SOPHIA BRYAN**,

    Plaintiff,
v.

**SELECT PORTFOLIO SERVICING, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation for Final Order of Dismissal With Prejudice [ECF No. 16]. The parties request the Court retain jurisdiction for the purpose of enforcing their settlement agreement, but they do not provide a copy of their settlement agreement. The Court will not retain jurisdiction over a settlement agreement it has not seen or approved. Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED**. The parties may re-file their stipulation by **November 16, 2018,** either including with it a copy of their settlement agreement, or removing their request the Court retain jurisdiction.

**DONE AND ORDERED** in Miami, Florida, this 9th day of November, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record